**ROUTH CRABTREE OLSEN, P.S.**
Edward T. Weber, Esq., SBN #194963
Jonathan J. Damen, Esq., SBN #251869
505 N. Tustin Ave, Suite 243
Santa Ana, California 92705
Telephone 714-277-4937
Facsimile (714) 277-4899
Email jdamen@rcolegal.com

RCO No.: 7662.31241
Attorneys for movant, Bank of America, N.A., its assignees and/or successors in interest

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Teodorico Tolentino Garfield and<br>Leonor Pangilinan Garfield<br><br>                      Debtors. | **Bk. No. 08-47562-LJT**<br>**R.S. No.: JJD-294**<br>Judge Leslie J. Tchaikovsky<br>**Chapter 13**<br><br>*MOTION FOR RELIEF FROM AUTOMATIC STAY*<br><br>Preliminary Hearing:<br>Date: December 18, 2009<br>Time: 11:00 am<br>Place: U.S. Bankruptcy Court<br>1300 Clay St.<br>Oakland, CA 94612<br>Courtroom 201 |

### I.     Introduction

COMES NOW, Bank of America, N.A., its assignees and/or successors in interest

("Movant") and moves this court for an order under 11 U.S.C. §362 terminating the automatic

**MOTION FOR RELIEF FROM STAY**

1

stay, allowing Movant to proceed with and complete any and all contractual and/or statutory remedies incident to its security interests held in real property commonly described as **2352 MILLSTREAM LANE, SAN RAMON, CA 94582** ("Property") and legally described in the Deed of Trust. Movant further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workouts/loss mitigation agreement and to contact the Debtors via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement. Movant further moves that, absent objection, the provisions of F.R.B.P. 4001(a)(3) be waived to avoid further deterioration of Movant's secured position.

## II. Parties in Interest

On or about April 16, 2008, Teodorico Tolentino Garfield executed and delivered a note in favor of Bank of America, N.A. in the original principal amount of $417,000.00. The indebtedness under the Note is secured by a first Deed of Trust recorded against the Property ("Deed" hereinafter). Movant is the beneficiary under the Deed of Trust.

Teodorico Tolentino Garfield and Leonor Pangilinan Garfield ("Debtors" collectively hereafter) filed for protection under Chapter 13 of Title 11 of the United States Code on December 18, 2008.

Martha G. Bronitsky is the duly appointed Chapter 13 Trustee in the case.

## III. Post-Petition Default and Estimate of Obligation

As of the date of this motion, the Debtors have accumulated the following post-petition defaults:

| | |
|---|---|
| 3 Post-Payments from September 1, 2009 to November 1, 2009 @ $1,998.13 each | $5,994.39 |
| Corporate Advance Balance | $125.00 |

**MOTION FOR RELIEF FROM STAY**

2

| Current Bk Fees | $800.00 |
|---|---|
| Total Post Petition Due | **$6,919.39** |

The approximate amount owed under the terms of the note is as follows:

| Principal Balance | $417,000.00 |
|---|---|
| Total Post-Petition Due | $6,919.39 |
| Approximate Total Due | **$425,917.52** |

These figures are an estimate only and are subject to change as additional fees are incurred and payments are made or become due, including but not limited to the attorney fees and costs incurred as a result of the filing of this motion. Please contact Movant's counsel directly for a reinstatement quote.

## IV. Authority

Under 11 U.S.C. §362(d)(1), on request of a party of interest, the Court shall terminate, annul, modify or condition the stay for "cause". Significant default under the terms of a Chapter 13 Plan is "cause" sufficient to terminate the automatic stay. See In re Ellis, 60 B.R. 432 (9th Cir. BAP 1985). In this case, Debtors have failed to make 3 post-petition monthly payments to Movant as prescribed and is thus in default under the terms of the Chapter 13 Plan. Therefore, "cause" exists to terminate the automatic stay.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

1. Terminating or modifying the stay, as to the Debtors and Debtors' bankruptcy estate, allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

**MOTION FOR RELIEF FROM STAY**

3

2. Alternatively, in the event this court declines to grant Movant the relief requested above, Movant requests that an Order for adequate protection be issued pursuant to 11 U.S.C. § 361, including a requirement that Debtors reinstate all past arrearages and immediately commence regular monthly payments.

3. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

4. That the ten (10) day stay under Bankruptcy Rule 4001(a)(3) be waived.

5. For reasonable attorneys' fees and cost.

6. For such other relief as the Court deems proper.

Date: November 24, 2009

Respectfully submitted,
ROUTH CRABTREE OLSEN, P.S.

By: /s/ Jonathan J Damen
Jonathan J Damen, ESQ.
Attorneys for Movant

**MOTION FOR RELIEF FROM STAY**

4